UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **BERNADETTE SCOTT,** Individually | : |
| Plaintiff, | : |
| v. | : Case No. 2:24-cv-13187 |
| **ST AUBURN HILLS CROSSINGS, LLC** A Limited Liability Company | : |
| and | : |
| **BALDWIN ROAD ASSOCIATES, LLC** A Limited Liability Company | : |

| | |
|---|---|
| PETE M. MONISMITH, PC<br>Pete M. Monismith (P78186)<br>Attorney for Plaintiff<br>3945 Forbes Ave., #175<br>Pittsburgh, PA  15213<br>(724) 610-1881<br>pete@monismithlaw.com | Richard M. Delonis<br>Attorney and Counselor<br>SZURA & DELONIS, PLC<br>29777 Telegraph Road, Suite 2475<br>Southfield, MI 48034<br>(248) 716-3600<br>www.szuradelonis.com<br>*Attorney for Defendant Baldwin Road Associates, LLC* |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AGAINST BALDWIN ROAD ASSOCIATES, LLC

At a session of said Court, held in the U.S. District Court for the Eastern District of Michigan,

Plaintiff Bernadette Scott and Defendant Baldwin Road Associates, LLC stipulate to a Dismissal with Prejudice against Baldwin Road Associates, LLC,

**IT IS HEREBY ORDERED** that the Complaint against Baldwin Road Associates, LLC is Dismissed with Prejudice.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: January 16, 2025

The parties, through their counsel, hereby stipulate to a Dismissal with Prejudice against Baldwin Road Associates, LLC

Stipulated and agreed to this 16th day of January 2025 by:

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Richard M. Delonis* |
| Pete M. Monismith (P78186) | Richard M. Delonis |
| **Attorney for Plaintiff** | **Attorney for Defendant** |