UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**BERNADETTE SCOTT,**
**Individually**

      **Plaintiff,**

v.

**ST AUBURN HILLS CROSSINGS,**
**LLC**
**A Limited Liability Company**

:
:
:
:
:
:  Case No. 2:24-cv-13187
:
:
:
:
:
:

| PETE M. MONISMITH, PC | STARR, BUTLER & STONER, PLLC |
|---|---|
| Pete M. Monismith (P78186) | Ryan J. Koss (P79893) |
| Attorney for Plaintiff | Mary S. Rabban (P85249) |
| 3945 Forbes Ave., #175 | Attorneys for Defendant |
| Pittsburgh, PA 15213 | 20700 Civic Center Dr., Ste. 290 |
| (724) 610-1881 | Southfield, MI 48076 |
| pete@monismithlaw.com | (248) 554-2700 |
| | rkoss@starrbutler.com |
| | mrabban@starrbutler.com |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to a Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice.

                                                    s/ Linda V. Parker
                                                    LINDA V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: March 28, 2025

The parties, through their counsel, hereby stipulate to a Dismissal with Prejudice.

Stipulated and agreed to this 27th day of March 2025 by:


*/s/ Pete M. Monismith*       */s/ Mary S. Rabban*
Pete M. Monismith (P78186)      Mary S. Rabban (P85249)
**Attorney for Plaintiff**      **Attorneys for Defendant**